

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023

December 28, 2023

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *RDK NY Inc. v. Newsweek Digital LLC,* 1:23-cv-8101 (MKV)

Dear Judge Vyskocil:

We represent Plaintiff RDK NY Inc. in the above-captioned case and write to respectfully request a 30-day extension of time to file dismissal papers or otherwise re-open the case.

(1) the original deadline is December 30, 2023 [Dkt. No. 19] and the proposed new deadline is January 29, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) No previous requests have been granted or denied

(4) the parties respectfully request an extension in an effort to consummate their settlement agreement without judicial intervention.

(5) Counsel for Defendant consents to the request.

(6) No other scheduled dates will be impacted by this request.

Respectfully Submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*

**Granted. SO ORDERED.**

Date: 12/28/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge